DNJ-CR-023 Order Regarding Use of Video/Teleconferencing for Felony Proceedings (Rev. 10/2021)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

C2

UNITED STATES OF AMERICA     *

                               *

       v.                       *      CRIM. NO.     2:22-170

                                 *

JOSHUA ORTIZ             *

                                 *

                         *****

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING FOR FELONY PLEAS AND/OR SENTENCINGS

In accordance with the operative COVID-19 standing orders, this Court finds:

[✓]    That the Defendant (or the Juvenile) has consented to the use of video

teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation

with counsel; and

[✓]    That the proceeding(s) to be held today cannot be further delayed without serious harm

to the interests of justice, for the following specific reasons:

1) COVID-19 Pandemic; 2) Consent of Defendant and Defendant's desire to proceed at this time; and 3) To permit the United States to obtain a resolution of the case.

Accordingly, the proceeding(s) held on this date may be conducted by:

[✓]    Video Teleconferencing

[ ]    Teleconferencing, because video teleconferencing is not reasonably available for the

following reason:

       [ ]    The Defendant (or the Juvenile) is detained at a facility lacking video

teleconferencing capability.

       [ ]    Other:

Date:       March 3, 2022

                                 Honorable Brian R. Martinotti
                                 United States District Judge