IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES | * * | |
| v. | * * | CRIM. NO. 22-170(BRM) |
| JOSHUA ORTIZ | * * | |
| | ***** | |

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING FOR FELONY PLEAS AND/OR SENTENCINGS

In accordance with Standing Order 2020-06, this Court finds:

[✓]    That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

[✓]    That the proceeding(s) to be held today cannot be further delayed without serious harm to the interests of justice, for the following specific reasons:

1) Current COVID-19 pandemic; 2) To permit the Government to obtain a resolution of the case; and 3) Consent of Defendant and Defendant's desire to proceed at this time.

Accordingly, the proceeding(s) held on this date may be conducted by:

[✓]    Video Teleconferencing

[ ]    Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

    [ ]    The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

    [ ]    Other:

Date:  August 18, 2022

_____
Honorable Brian R. Martinotti
United States District Judge